UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

     Plaintiff,

                                        Case No. 1:19-cr-296

v.

                                        HONORABLE PAUL L. MALONEY

DANTE DEVON WHITLEY,

     Defendant.
_____/


**ORDER REGARDING RESPONSE TO MOTION AND SCHEDULING HEARING**

     On April 9, 2020, Defendant filed a motion to suppress evidence (ECF No. 24).  The deadline for the Government to file its response to the motion is **May 1, 2020**.  A hearing on the motion is scheduled for **May 11, 2020 at 1:30 p.m.**


Dated:  April 24, 2020                       /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge